IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEWART BRASWELL,

       Plaintiff,

v.                                                                                   4:08cv204-WS

DR. CHOWDHURY, et al.,

       Defendants.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed

May 14, 2008.  See Doc. 6.  The magistrate judge recommends that this action be

transferred to the Middle District of Florida.  The plaintiff has not responded to the report

and recommendation.

The court having reviewed the matter, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 6) is adopted and

incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court for

the Middle District of Florida, Tampa Division, for all further proceedings.

DONE AND ORDERED this ___13th___ day of ___June___, 2008.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE